FILED
LOGGED    ENTERED
RECEIVED
FEB 14 2024
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Case No. _____

KING NOBLEMIND MEEK-FREEMAN

v.

GOV. WES MOORE;
COMMISSIONER OF DEPARTMENT OF
CORRECTIONS FOR MARYLAND;
WARDEN JEFF NINES;
WARDEN WEBER;
OFC. SCHROCK OF N.B.C.I;
OFC. SELF;
SERGEANT J. UPOLE;
OFC. M. WINTERS COII;
OFC. DAVIS;
OFC. John Doe (UNKNOWN);
FACILITY A.R.P. COORDINATOR FOR N.B.C.I.;
LT. JEFFREY BREWER;
OFC. B. KITZMILLER;
OFC. SCHROCK OF W.C.I.;
LT. WHITEMAN OF N.B.C.I.;
CASE MANAGERS;
MEDICAL DEPARTMENT FOR N.B.C.I.;
ANY UNKNOWN PARTIES THAT MAY BE HELD
LIABLE;

# I. JURISDICTION & VENUE

1.) This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of State law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2.) The United States District Court, District of Maryland is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

# II. PLAINTIFF

3.) Plaintiff, King Noblemind Meek-Freeman AKA Derrick LaMonte Carroll, is and was at all times mentioned herein a prisoner of the State of Maryland in the custody of the Department of Public Safety and Correctional Services. He is currently confined in W.C.I., in Cumberland, Maryland, at 13800 McMullen Hwy S.W. His inmate numbers are, SBI# 2875901, D.O.C.# 479512.

## III. DEFENDANTS

4.) Defendant, Governor Wes Moore is the elected Governor of the State of Maryland. He is legally responsible for the overall operation of the State of Maryland and each institution under it's jurisdiction, including the Department of Public Safety and Correctional Services.

5.) Defendant, Commissioner of Corrections, is the Commissioner of the State of Maryland's Department of Public Safety and Correctional Services. They are legally responsible for the overall operation of the Department and each institution under it's jurisdiction, including North Branch Correctional Institution (N.B.C.I) and Western Correctional Institution (W.C.I.), both which are located in Cumberland, Maryland.

6.) Defendant, Warden Jeff Nines is the Warden of North Branch Correctional Institution (N.B.C.I.) He is legally responsible for the operation of N.B.C.I. and for the welfare of all the inmates in that prison.

7.) Defendant, Warden Weber is the Warden of Western Correctional Institution (W.C.I.) He is legally responsible for the operation of W.C.I.

and for the welfare of all the inmates in that prison.

8.) Defendant, Ofc. Schrock of N.B.C.I., is a correctional officer of the Maryland Department of Public Safety and Correctional Services, who at all times mentioned in this complaint, held the rank of CoI and was assigned to N.B.C.I.

9.) Defendant, Ofc. Self, is a correctional officer of the Maryland Department of Public Safety and Correctional Services, who at all times mentioned in this complaint held the rank of CoI and was assigned to N.B.C.I.

10.) Defendant, Sergeant J. Upole, is a correctional officer of Maryland Department of Public Safety and Correctional Services, who at all times mentioned in this complaint, held the rank of sergeant and was assigned to N.B.C.I.

11.) Defendant, Ofc. M. Winters CoII, is a correctional officer of Maryland Department of Public Safety and Correctional Services, who at all times mentioned in this complaint, held the rank of CoII and was assigned to N.B.C.I.

12.) Defendant, Ofc. Davis, is a correctional officer of Maryland Department of Public Safety and Correctional Services, who at all times mentioned in this complaint, held the rank of CoI and was assigned to N.B.C.I.

13.) Defendant, Ofc. "John Doe" (Name Unknown) is a correctional officer of Maryland's Department of Public Safety and Correctional Services, who at all times in this complaint, held the rank of CoI and was assigned to N.B.C.I. He was the tier officer in charge on housing unit 2B in Building 2 at N.B.C.I. on 4-20-2023 during the 7am-3pm shift. He also did "bars & windows" on 1B in Building 1 on 4-20-2023 during the 3pm - 11pm shift, which he went inside cell 1B07 alone.

14.) Defendant, Lt. Jeffrey Brewer is a correction officer of Maryland Department of Public Safety and Correctional Services, who at all times mentioned in this complaint, held the rank of Lieutenant and was assigned to N.B.C.I.

15.) Defendant, Ofc. Kitzmiller is a correctional officer of Maryland's Department of Public Safety and Correctional Services, who at

all times mentioned in this complaint
held the rank of CoI and assigned to
N.B.C.I.

16.) Defendant, Ofc. Schrock of W.C.I. is a
correctional officer of Maryland Department
of Public Safety and Correctional Services,
who at all times mentioned in this
complaint held the rank of sergeant and
assigned to W.C.I as a kitchen staff
Member.

17.) Defendant, Lt. Whiteman is a correctional
officer of Maryland's Department of Public
Safety and Correctional Services, who at
all times mentioned in this complaint held
the rank of Lieutenant and was assigned
to N.B.C.I.

18.) Defendant, Medical Department for N.B.C.I
are the persons responsible for providing
medical assistence to inmates in need of
medical attention at N.B.C.I. and was
present at N.B.C.I all times mentioned
in this complaint.

19.) Any unknown parties that may be held
liable is also an Defendant in this action.

20.) Each defendant is sued individually and in his or her offical capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

## IV. FACTS

21. Please review U.S. District Court of Maryland case number PX-20-2110.

Now, after the Memorandum of law issued on 2-21-2023 in said case, I received a copy of it by and through legal mail by the Building 3 Sergeant on the 3pm-11pm Shift on 2-22-2023.

On the morning of 2-23-2023, which is the anniversary of the double murder I have been wrongfully convicted of. About 8 different correctional officers came to my door/cell and looked in my cell through the window. I knocked on my wall to get the attention of my friend, Nikel Hicks and informed him that I believed the officers was up to something. (Please see video of my cell on the morning of 2-23-2023)

After lunch, on 2-23-2023, two N.B.C.I. correctional officers came to my door/cell and put me in hand-

cuffs and began searching my cell. Sgt. Upole and Ofc. M. Winters CoII are the defendants who at first said they were there because my mat was "too big" and they "only" wanted to check it. Once they both was inside my cell, off camera, they began to aggressively throw my stuff around. Sgt. Upole was asking me where my I.D. was located, he stepped backwards and stepped on my fan and I heard it crack. I then told him I was going to write it up. After about 30 minutes, they didn't find any contraband. Sgt. Upole left the search and went somewhere for like 10 minutes, leaving Ofc. M. Winters in my cell alone. When he came back, he looked around for like a minute then went inside his right pocket and got something. Right after that, he falsely claimed he found a "SD Card" in my cell. Which is a 100% lie. (Please see Exhibit 14) (all recorded videos connected to search and incident)

He then had me removed from watching my cell search and placed in a holding cell while they finish searching my cell. I asked over and over why was I being stopped from watching my cell

⑤

being searched. Sgt. Upole simply said
"You made the wrong person mad", I asked
who? And he didn't say anything.

Later on I was taken to lockup
and given a write-up and (3) Confiscation
and Inmate Personal Property Disposition
papers. ( Please see Exhibit 2a1, Exhibit
2a2, Exhibit 2a3 and Exhibit 14)


22.) After I was on lockup for some days,
I received some information that "some"
correctional officers wanted me attacked
or hurt in someway. I wrote P.R.I.S.M., also
to N.B.C.I. Staff, told my parents and
called and told my lawyer what was
going on.

23.) After I was released from segregation. I
was sent back to Building 2 and told to go
into 2B12 (I believe). I was placed on the
same tier with the only person in the Department
of Corrections I had a "known" problem
with, my only known enemy. His name is
Phillip Jackson and was in 2B14. The same
line-up I was told to go to. ( Please see
Exhibit 29 )

24.) On 4-18-23 or 4-19-23, I requested to
be moved because I felt like I was in
danger. The tier Officer (Defendant "John Doe")

moved me only a couple cells down, instead
of to another tier or out the building. Then
on 4-20-23, I was on my way outside
for rec, as I got off the steps and headed
for the door, I was ambushed from behind
by somebody that had to be hiding in
the shower, showers that are supposed to
be locked at all times while somebody is
in it. And besides that, all inmates are on
"100% Controled Movement", meaning they
need approvel from a correctional officer
in the control booth to get in and out of
doors/cells. Out of 64 cells, inmates are
grouped in about 10 cells at a time. Inmates
are then restricted to those inmates in those
cells, which is called "a line-up". The inmate
that stabbed the Plaintiff in the head slept
in cell 30 something, the Plaintiff slept in cell
60 something, meaning he should have never
been out at the sametime anyway because
he wasn't in the Plaintiff's approved group
of inmates. (Please see) (Exhibit 24a, Exhibit
24b, Exhibit 24c, Exhibit 25, Exhibit 26,
Exhibit 27, Exhibit 28, Exhibit 30 and Exhibit
24)

25.)    The Plaintiff was stabbed and then maced
in the stabbed wound by the Officers who
watched the whole thing from the start and

seen the blood running out the right side of my head. I was taken to a sub-medical station in Building 2. I couldn't see and my head felt like it was cracked open. I requested to see the doctor or be taken to get an x-ray. I was placed in a shower for about 30-45 minutes without any soap or any kind of treatment meds, I washed the mace off as best I could and let the water run over the stab wound. My head was hurting super bad, I knew something was really wrong and wanted to get an x-ray and a shot to protect me from any other illnesses. I put in (tons) of sick-calls and request to the point I gave up. I was not treated properly, I never received an x-ray or taken to see a doctor or provider. I had to treat myself with what I had, which wasn't much and alot of prayer.

26.) I was stabbed in the head with a 6 inch metal shank weapon in a so-called maximum security prison in a ambush style attack. Something that is impossible without the assistance of a/ and or (some) correctional officers.

27.) After they put me in a cell in segregation on 4-20-23 on the 3pm-11pm

shift, the same tier officer (Defendant "John Doe") who allowed the inmate to stab me and didn't move me from out of harms way, I seen that officer with my own eyes, go into 1B07 (alone) and It looked like he dropped something on the bed. I was in cell 1B27, right across from cell 1B07. ( Please see Exhibit 25)- It states what cell I was in when in lockup for that incident). This took place during "bars+ windows" on B tier in Building 1 on 4-20-23 during the 3pm-11pm shift.

28.) After a couple of days passed, the hearing officer dismissed the write-up they gave me for getting stabbed. (Please see Exhibit 25)

I was then released from lock-up 1B and placed on administrative segregation on 1A. After being on administrative segregation for sometime without my property and having upcoming post-conviction hearings coming within weeks, I wrote any and everyone I could about my property. They took on 2-23-2023 and on 4-20-23, the day I got stabbed, I had received $88.00 worth of food from commissary earlier that same day that was missing. I did not pack up my property on that day. Defendant "John Doe" and other unknown correctional officers did and all my new food was gone, in fact everything of value was missing. (Please see-

<u>Exhibit 13</u>)

29.)   On 5-17-2023, I was handcuffed and taken to the property room where I had a "so-called" hearing about all my legal and religious papers being taken from me (2 boxes) and all my valuable property that I order and paid for. ( Please see <u>Exhibit 1a</u>, <u>Exhibit 1b</u>, <u>Exhibit 1c</u>, <u>Exhibit 1d</u>, <u>Exhibit 1e</u>, <u>Exhibit 7</u>, <u>Exhibit 8a</u>, <u>Exhibit 8b</u>, <u>Exhibit 5a, and Exhibit 5b</u>). Which is all my <u>proof of ownership</u>. When the property officer was pulling my stuff out of the boxes they just threw it in, every thing he pulled out was broken. He, if I am quoting him right said " this was done like this to teach you a lession" or something to that meaning. ( Please see Exhibit 15a and Exhibit 15b) They gave me all my papers back, my 15" TV was cracked, they said they would give me what they had and what they could. Everything that was broken, like my fan and TV, they said they had to throw it away. When I asked about my Xbox, he said I wasn't getting it and had to seek more relief on Appeal from I.G.O. All he could do was give me what I can have that wasn't broken. Out of all my valuable property, they gave me a used TV with a remote ( <u>Please see Exhibit 9</u>), 20 stamps, all my papers, my seeing glasses, my

brush, my surge protector. They allowed me to
send home, 2 homemade pillows, a homemade bag,
6 xbox games, 92 stamps and a xbox hard drive
but ~~xxxx~~ kept or threw away everything else. (Please
see) (Exhibit 15a, Exhibit 15b and Exhibit 3)

30.) Before I was assaulted, I told them I really
needed my seeing glasses to be able to see peoples
faces. (Please see Exhibit 12) I believe if I had
my glasses and/or they were never taken from
me, I would have been more aware of my
surroundings on 4-20-23.

31.) I even wrote a letter to the Office of
Constituent Services and got a response from
Specialist Emmanuel Melton. He responded in
a way that let me know he didn't know the
facts or didn't care about the facts because
my "property issues" have <u>not</u> been resolved, even
to the present day. (Please see Exhibit 18)

32.) While on administrative segregation, my cell was
again searched and they claimed the light panel
that the light switch is in had some loose
screws and they wrote me up, along with my
cellmate at the time. While my cellmate went to
the normal lock-up tier, they put me in 1C16,
which was a cell that the ways were covered
in human poop and pee and C-tier in
Building 1, is a special housing unit for
the mentally insane inmates that throw poop

(14)

and pee on correctional officers and other inmates. Once I realized what was going on, I asked why I was placed in that cell on that tier and I was told "per Sgt. Crowe" I asked for A.R.P.s, to speak to an officer in charge, and I got messages to my family to inform them about where I was and what was going on.

The next day or two, I was told I was being transferred to W.C.I. I was so happy that day, just to get away from N.B.C.I. 33.) When I got to W.C.I., I still had about a week left to do on lock-up for the loose screws. An officer came and talked to me and said I nolonger had to finish the lockup time and that I was getting fresh start. I seen the case manager and he put me on the job list to work in the prison kitchen. I went to work 7 days a week, everyday. I worked from 11:30 am - 6 pm.

Out of nowhere, my shift was changed by Ofc. Schrock of W.C.I. kitchen staffmember. A couple days later, that same officer "falsely" claimed I was trying to take something out the kitchen, which was a lie and had me fired. ( Please see Exhibit 31a and Exhibit 31b)

I never received a write-up and/or was informed about what I did wrong.

15.

Only connection I found between myself and Ofc. Schrock of W.C.I. is that he had the same last name of the correctional Officer that sexually assaulted me 3 times at N.B.C.I., Defendant Ofc. Schrock of N.B.C.I. (Please see Exhibit 31c)

The days leading up to him firing me for no reason, other correctional officers were asking me odd questions like, " Were you ever at N.B.C.I. before W.C.I.? Was I jewish?, Do I have a twitter? One of the officers flatout told me he didn't like my type" Whatever that means. 34.) They even made rude comments about my hair. It all comes down to calculated harrassment. From the moment some of the correctional officers knew what I was wrongfully convicted of and started to talk amongst each other about me and what I so-called did to get in prison, a small group of them did whatever they could to make my stay like a living hell. I did and do whatever I could to keep a light on me because I am truly scared something bad was going to happen to me. I kept a record or tried to keep a record of everything they did to me. On 2-23-23, along with breaking all my valuables, they also took all my important legal paperwork, which contained the notes and papers I

needed for my upcoming post-conviction hearing.
They also took all my important religious books
and papers. When I was going through all of
this stuff, I was letting people know. On March
6th, 2023 at 21:52, I gave Ofc. Davis some
important legal mail that had some originals of
papers I needed that I was sending to my
lawyer, along with a money slip to have over
$200.00 worth of food and stuff sent home to
my family. Sometime passed and he came back
and told me he put my mail in a "box" and
turned in the money slip. Later I was told by
my lawyer that he never received my mail and
they claimed that because they didn't receive
a money slip, they "destroyed" "$200.00 worth
of unopen brandnew food"

35.)    Last, I want to talk about the culture
and toxic environment that exist within the
prison system in the State of Maryland Department
of PUBLIC SAFETY and CORRECTIONAL SERVICES.
    It is commonly known that the correctional
officers that work for Maryland Department of
Public Safety and Correctional Services is broken
down along racial lines. It is widely known
and accepted that black correctional officers
work largely at prisons in Baltimore and Jessup
Maryland and white correctional officers largely
work in Cumberland and Hagerstown. It is

my belief that because of this accepted toxic
culture, a small group of white supremacist
have been allow to work under the disguise
of correctional officers due to the fact of the
prison systems bad culture and political
toxic environment. Some of the correctional
officers wear political t-shirt without name tags,
with pro-slavery images and themes. All of
this is done in the open. In a prison thats
mostly black and latin inmates, it's a live
living symbol of racism and added oppression.
Not all of them have that vibe but more than
enough to easily notice. I believe the
leaders of the Department of Public Safety
and Correctional Services are and/or created
a work place environment where white supremacy
can live and thrive.

36.)   It is my belief, I was targeted by
this group, who used calculated harrassment
to hurt me, which ultimately led to me
being stabbed in the head in a ambush style
attack by another inmate. Which was only possible
with the help and/or assistance of a/or some
N.B.C.I. correctional officers. From my property
being destroyed and taken, being place in
harms way by being placed in the lineup
with Phillip Jackson. All that on top of
civil action number PX-2a-2110, brings

18

everything into focus. (Please see all the exhibits), they paint a picture and they tell the truth as it unfolded and happen.

## V. EXHAUSTION OF LEGAL REMEDIES

37.) Plaintiff, King Noblemind Meek-Freeman used the "A.R.P." process at the prison, which is the grievance procedure available there. Plaintiff was informed that "I.I.D., the Department's Intelligence and Investigative Division was investigation the matter under case number 23-35-00749. For that reason, my requests for relief was procedurally dismissed. Plaintiff still followed the steps all the way to I.G.O (Please see) (Exhibit 10, Exhibit 11, Exhibit 12, Exhibit 13, Exhibit 17, Exhibit 18, Exhibit 19, Exhibit 26, Exhibit 27, Exhibit 28, Exhibit 29, Exhibit 31b and Exhibit 31c)

Plaintiff did exhaust all medical deliberate indifference claim by and through available medical grievances. They kept the copy of my complaints and wouldn't provide me with a copy for my own record, so medical grievances are in the hands of said Defendants.

Plaintiff did exhaust all grievance procedures when it came to Ofc. Schrock of N.B.C.I. but Plaintiff's request for relief in the removal

from his job by Defendant Ofc. Schrock of W.C.I was procedurally dismissed because classification issues they (W.C.I.) claimed was outside the grievance procedures. Harrassment Claims also exhausted (See Exhibit 29) (Also)(Please see)(Younger, 2023 LEXIS 22375, at [24])

## VI. INJURIES

38.)   All my property was valued at about $974.25 that was destroyed. $350.00 in food was taken and/or destroyed.

I was stabbed in the head and suffered a cracked skull and half inch gash which I believed required stitches that I didn't receive. Which resulted in a concussion, bruises and a permanent scar. I was maced inside the wound which burnt something crazy. My eyes was burnt from the mace and it got in my hair to the point everything I would shower, it would feel like I was maced all over again. Countless nights without sleep, lost my peace of mind. I was harrassed for years. My federal rights were violated and my state rights were violated. I wasn't provided the needed medical treatment and services for my injuries on top of being injured. Loss of wages from work and possible good days credits.

I was sexually assaulted three (3) times by the same officer.

# VII. LEGAL CLAIMS

39.) Plaintiff reallege and incorporate by reference paragraphs 21 through 38, which is the Plaintiff's point of view of the claims.

40.) Defendants, Gov. Wes Moore, Commissioner of Department of Corrections for Maryland, Warden Jeff Nines and Warden Weber violated the Equal Protection Clause of the Fourteenth Amendment because racial discrimination and segregation by prison authorities are unconstitutional. It is a unwritten policy of segregating correctional officers by race in the Department of Public Safety and Correctional Services which had a direct effect on my everyday prison life and allow a toxic culture that was created at N.B.C.I. and W.C.I; a environment where it was possible for the Plaintiff to become the victim of bad intentions by a small group of correctional officers who used calculated harrassment and engaged in a "campaign of harrassment", that led to all my valuable property being destroyed, me being stabbed in the head, all done, upon belief and information because they believe I was in prison for killing an elderly white couple, which is 100% false.

Their actions, I believe were racially motivated, they attacked me simply because they believed in white supremacism and I didn't. They wear ~~symbols~~ symbols of white supremacism on their t-shirts and had tattoos with racial messages and symbols. All things that was allowed to happen because of the lack of diversity within the prison staff membership. Which was allowed by the leaders of the Department of Public Safety and Correctional Services to go unchecked for many years until It because a toxic culture and created a toxic environment that led to me being harrassed to go uncheck.

41.) Defendant, Ofc. Schrock of N.B.C.I. violated the Prison Rape Ellimination Act and the 4th and 8th Amendment. He stripped searched me (3) times after non-contact visit where I was put through an xray before every visits. He made comments about my private part, the second and third time.

42.) Defendant, Ofc. Self violated my due process rights when he took my property and threw it outside without any just reason or paperwork why. He never gave me a chance to challenge his actions. Deprivation of property without due process.

43.) Defendants, Sergeant J. Upole and Ofc. M. Winters CoII violated the First Amendment and 4th Amendment and 8th Amendment when they retaliated against me and destroyed all my valuable property and took all my legal and religious paperwork on the anniversary of the double murder I was wrongfully convicted of and the day after I receive a favorable ruling in a civil action which I say some not so favorable things about correctional officers at N.B.C.I. in my complaint. He, Sergeant J. Upole then wrote a false write-up that got me sent to lock-up because he broke my fan and I told him I had to write-it up.

44.) Defendant, Ofc. Davis violated my first Amendment when he claimed he misplaced some very important legal papers I was sending to my lawyer and didn't turn in my money slip I gave him to see my property home. That was a violation of my due process rights.

45.) Defendant, "John Doe" (Unknown Name) violated the 8th Amendment when he failed to protect the Plaintiff from being stabbed. He was also deliberately indifferent for the same reason. Upon belief and information, he was also apart of the campaign of harassment. He actions was in retaliation for using the A.R.P. process.

46.) Defendant, Facility A.R.P. Coordinator for N.B.C.I. violated the due process clause by failure to honor A.R.P.s in Good-faith. Obstruction.

47.) Defendant, Lt. Jeffrey Brewer and Defendant Ofc. B. Kitzmiller violated the 8th Amendment due to excessive force. Lt. Jeffrey Brewer sprayed mace in a fresh stab wound making the pain level 10x worst, when he seen I didn't have a weapon and was the one who was attack and stabbed.

48.) Defendant, Ofc. Schrock of W.C.I. violated the First Amendment retaliation because I wrote an A.R.P. on his family member for sexually assault.

49.) Defendant, Case Managers, violated the due process clause, failure to properly house the Plaintiff, and Equal Protection violations.

50.) Defendant, Medical Department for N.B.C.I. violated the 8th Amendment for failure to provide medical care for serious medical needs. Plaintiff was stabbing in the head by another inmate with a metal shank and then had pepper spray, sprayed into the ~~wound~~ wound. He was never provided treatment, never seen a doctor or given an

(24)

Xray. Failure to treat the stab wound resulted in further injury and unnecessary and pain. They were also deliberately indifferent, they knew about the injury and failed to respond reasonably to it. They provided no serious treatment.

51.) These illegal actions caused the Plaintiff, pain, suffering, physical injury and emotional distress.

52.) Plaintiff has no plain, adequate or complete remedy to law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this honorable court grants the declaratory and injunctive relief which the Plaintiff seeks.

## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully pray that this court enter judgment:

53.) Granting Plaintiff, King Noblemind Meek-Freeman a declaration that the acts and omissions described herein violate his rights under the constitution and laws of the United States, and

54.) A preliminary and permanent injunction ordering defendants to cease their physical violence and threats towards Plaintiff, and

55.) Granting Plaintiff, King Noblemind Meek-Freeman compensatory damages in the amount of $10,000,000.00 (10 Million Dollars) against each defendant, jointly and severally.

56.) Plaintiff seek punitive damages in the amount of $25,000,000.00 (Twenty-Five Million Dollars). Plaintiff King Noblemind Meek-Freeman seeks these damages against each defendant, jointly and severally.

57.) Plaintiff also seek a jury trial on all issues triable by jury.

58.) Plaintiff also seek recovery of their cost in this suit, and

59.) Any additional relief this court deems just, proper, and equitable

Dated:

Respectfully submitted,
King Noblemind Meek-Freeman # 479512
13800 McMullen Hwy S.W
Cumberland, MD, 21502


## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at W.C.I., in Cumberland, Maryland on Feb. 1, 2024

*K. N. Meek-Freeman*
King N. Meek-Freeman
13800 McMullen Hwy S.W
Cumberland, MD, 21502